Affirmed and Memorandum Opinion filed August 25, 2005









Affirmed and Memorandum Opinion filed August 25, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01076-CR

____________

 

VICTOR VIDAURRI,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 174th District
Court

Harris County, Texas

Trial Court Cause No.
957,622

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of the
offense of aggravated robbery with a deadly weapon.  On September 28, 2004, the trial court
sentenced appellant to confinement for ten years in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573 S.W.2d 807
(Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  More than
sufficient time has passed since appellant was advised of his right to file a
pro se response and no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in the
record.  A discussion of the brief would
add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 25, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore. 

Do Not Publish C Tex. R. App. P. 47.2(b).